Nathan GILMORE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47778.

Missouri Court of Appeals,
Western District.

Jan. 18, 1994.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).